IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOTINOS, on behalf of herself and as Guardian ad Litem for her minor children, R.F. and A.F.,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN FOTINOS; DAWN GROVER; RENEE LA FARGE; BONNIE MILLER; KAMALA HARRIS, Attorney General; JAYNE KIM, Chief Trial Counsel, State Bar of California; ROBYN PITTS, City of Belmont Police Officer; MARK REED, San Mateo County Deputy Sheriff; PATRICK CAREY, San Mateo County Deputy Sheriff; SHANNON MORGAN; CITY OF BELMONT; COUNTY OF SAN MATEO; and RENEE LAFARGE,<br><br>        Defendant.<br>_____/ | No. C 12-953 CW<br><br>ORDER STRIKING IMPROPERLY FILED DOCUMENTS (Docket Nos. 43 and 44) |

On May 24, 2012, Plaintiff Michele Fotinos filed a response to Defendant Attorney General Kamala Harris's motion to dismiss and an ex parte application to file the response out of time. Docket Nos. 43 and 44. In both documents and their supporting exhibits, Plaintiff improperly included the full name of the minor child, R.F., and other personally identifying and sensitive information related to R.F., including her full date of birth, her medical record number, her confidential medical records and her home address. See Federal Rule of Civil Procedure 5.2 (providing that, in a filing containing a birth date or the name of an individual known to be a minor, a party include only the year of birth and minor's initials).

1    Accordingly, the Court STRIKES Docket Nos. 43 and 44,
2 including their supporting exhibits, and directs the Clerk to
3 delete them from the public docket.  Within two days of the date
4 of this order, Plaintiff may re-file redacted versions of these
5 documents in the public record, and a motion to file under seal
6 unredacted versions of these documents, made in compliance with
7 Local Rule 79-5 and General Order 62.
8    IT IS SO ORDERED.

Dated: 5/25/2012

CLAUDIA WILKEN
United States District Judge