PATRICIA J. BARRY (SBN 59116)
634 S. Spring St., Ste 823
Los Angeles, CA 90014
Telephone: (213) 995-0734
Facsimile: (213) 995-0735
patbarrylegal@yahoo.com
Attorney for Plaintiff MICHELE FOTINOS
for herself and as guardian ad litem for her
children R.F. and A.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOTINOS, on behalf of herself and as guardian ad litem, for her minor children, R.F. and A. F.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN FOTINOS, et al.,<br><br>    Defendants. | Case No. CV 12- 0953 CW<br><br>[*PROPOSED*] ORDER ON PLAINTIFFS' EXPARTE MOTION FOR RELIEF FROM DEFAULT IN FILING OPPOSITION TO MOTION TO DISMISS OF DEFENDANT BONNIE MILLER AND FOR LEAVE TO FILE OVERSIZED MEMORANDUM<br><br>NEW DUE DATE FOR OPPOSITION TO DEFENDANT MILLER'S MOTION TO DISMISS: JULY 10, 2012<br><br>NEW DUE DATE FOR REPLY TO OPPOSITION: JULY 17, 2012<br><br>HEARING DATE: AUG. 2, 2012<br>TIME: 2 PM |

FOR GOOD CAUSE SHOWN in Plaintiffs' Exparte Motion for Relief from Default in Filing Opposition to Motion to Dismiss of Defendant Bonnie Miller and for Leave to File Oversized Memorandum

1

Case No. CV 12- 0953 CW: [*PROPOSED*] ORDER ON PLAINTIFFS' EXPARTE MOTION FOR RELIEF FROM DEFAULT IN FILING OPPOSITION TO MOTION TO DISMISS OF DEFENDANT BONNIE MILLER AND FOR LEAVE TO FILE OVERSIZED MEMORANDUM

1    IT IS HEREBY ORDERED that the time for filing Plaintiffs' Opposition to
2 Defendant Miller's' Motion to Dismiss is extended from July 9, 2012 to July 10, 2012;
3 and it is

4    FURTHER ORDERED that Plaintiffs may file an oversized Memorandum of
5 Points and Authorities; and it is

6    FURTHER ORDERED that Plaintiffs' opposition to Defendant Miller's' Motion
7 to Dismiss is deemed efiled and eserved as of July 10, 2012; and it is

8    FURTHER ORDERED that Defendant Miller may file her Reply, if any, on or
9 before July 17, 2012.

10 DATED: JULY  17 , 2012                    _____/s/ Claudia Wilken_____
                                            HONORABLE CLAUDIA WILKEN, JUDGE OF
11                                          UNITED STATES DISTRICT COURT

Case No. CV 12- 0953 CW: [PROPOSED] ORDER ON PLAINTIFFS' EXPARTE MOTION FOR RELIEF FROM DEFAULT IN FILING OPPOSITION TO MOTION TO DISMISS OF DEFENDANT BONNIE MILLER AND FOR LEAVE TO FILE OVERSIZED MEMORANDUM