IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE FOTINOS, on behalf of herself and as Guardian ad Litem for her minor children, R.F. and A.F.,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN FOTINOS; DAWN GROVER; RENEE LA FARGE; BONNIE MILLER; KAMALA HARRIS, Attorney General; JAYNE KIM, Chief Trial Counsel, State Bar of California; ROBYN PITTS, City of Belmont Police Officer; MARK REED, San Mateo County Deputy Sheriff; PATRICK CAREY, San Mateo County Deputy Sheriff; SHANNON MORGAN; CITY OF BELMONT; COUNTY OF SAN MATEO; and RENEE LAFARGE,<br><br>        Defendant. | No. C 12-953 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION RE: DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION |

On March 19, 2013, the Court issued an order directing Plaintiff (1) to take steps properly to file under seal unredacted documents related to her opposition to Defendant Attorney General Kamala Harris's motion to dismiss and on the public docket redacted versions of those same documents, and (2) to take other steps to ensure that her other filings did not improperly include confidential information on the public docket.

Plaintiff has filed an ex parte motion related to the March 19, 2013 order. Having considered Plaintiff's filing and the record in the case, the Court orders as follows:

1. Relying on Plaintiff's counsel's representation that she will not appeal the dismissal with prejudice of her claims against Defendant Harris, the Court will strike from the public record all documents related to her opposition to Defendant Harris's motion to dismiss. Plaintiff need not re-file redacted or unredacted versions of her opposition to Defendant Harris's motion or the exhibits thereto.
2. The Court grants Plaintiff until April 9, 2013 to comply with the instructions beginning at Page 3, line 26 of its March 19, 2013 order.

IT IS SO ORDERED.

Dated: 4/1/2013

CLAUDIA WILKEN
United States District Judge

2